RICK L. SHACKELFORD (SBN 151262)
shackelfordr@gtlaw.com
EMERSON B. LUKE (SBN 307963)
lukee@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

Attorneys for Nano Dimension, Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF MURCHINSON LTD., APPLICANT, U.S.C. 1782 TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING. | CASE NO.: 2:23-mc-00191-SB-PD<br><br>[Assigned to Hon. Stanley Blumenfeld, Jr., Courtroom 6C]<br><br>**DECLARATION OF ELI BLECHMAN IN SUPPORT OF NANO DIMENSION, LTD.'S MOTION FOR LEAVE TO INTERVENE**<br><br>[Notice of Motion and Motion for Leave to Intervene; Memorandum of Points and Authorities; Declaration of Emerson Luke; Declaration of Tomer Pinchas; and [Proposed] Order filed concurrently herewith]<br><br>Hearing Date: May 31, 2024<br>Hearing Time: 1:30 a.m.<br>Courtroom: 580 |

I, ELI BLECHMAN, declare as follows:

1. I am a member of good standing of the Israel Bar Association and am admitted to practice before the courts of Israel. I am a partner at Fischer FBC & Co., counsel of record for Nano Dimension, Ltd. ("Nano") in two foreign legal proceedings, brought against Nano by Murchinson, Ltd. ("Murchinson"), which proceedings are pending in Israel and involve shareholder and corporate governance disputes (collectively, the "Foreign Proceedings").

2. On Nano's behalf, my firm intends to object to certain document requests that Murchinson has served on Nano in one of the Foreign Proceedings on the basis that such documents are either irrelevant, call for trade secret information, or potentially seek attorney-client privileged information because, under Israeli law, litigants are not required to disclose information in discovery that is irrelevant to the legal proceeding, nor are they required to disclose confidential trade secret information or information that is protected under attorney-client privilege in discovery.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 25 day of April 2024, at Tel Aviv, Israel.

_____
Eli Blechman

ACTIVE 697522902v2

2
DECLARATION OF ELI BLECHMAN